IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ROUSAY,

    Plaintiff,                               No. CIV S-05-1588 FCD JFM PS

    vs.

VICE PRESIDENT CHENEY,
PRESIDENT BUSH, et al.,

    Defendants.                   ORDER

                                    /

            Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

            On September 20, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On October 17, 2005, plaintiff filed a document which this court construes as objections to the findings and recommendations.

            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

1 file, the court finds the findings and recommendations to be supported by the record and by
2 proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. The findings and recommendations filed September 20, 2005, are adopted in
5 full; and
6          2. Plaintiff's complaint is dismissed.
7 DATED:November 7, 2005

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge